UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR ALEJANDRO ALVAREZ,<br>Plaintiff,<br>v.<br>SALINAS,<br>Defendant. | Case No. 1:26-cv-00925-CDB (PC)<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS FOLLOWING SCREENING<br><br>(Docs. 1, 7, 8)<br><br>**14-DAY OBJECTION PERIOD**<br><br>Clerk of the Court to Assign District Judge |

Plaintiff Edgar Alejandro Alvarez ("Plaintiff") is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff initiated this action with the filing of a complaint against Defendant Salinas ("Defendant") on February 3, 2026. (Doc. 1).

**I. INTRODUCTION**

On October 15, 2026, the Court screened the complaint and entered an order finding that Plaintiff states a claim against Defendant under the Eighth Amendment for failure to protect. (Doc. 7 at 6). The Court found that Plaintiff fails to state any other cognizable claims against the Defendant. *Id.* at 8. Plaintiff was provided the opportunity to file either a first amended complaint curing the deficiencies identified by the first screening order, or a notice of Plaintiff's intent to stand on his complaint as screened, which the Court indicated would result in the

undersigned recommending dismissal of the deficiently pled claims identified in the screening order, or to file a notice of voluntary dismissal. *Id.* at 9.

On November 5, 2026, Plaintiff filed a notice that he wishes to proceed with only the cognizable claims as found in the screening order. (Doc. 8).

## **II. DISCUSSION**

Because Plaintiff elects to proceed only on his failure to protect claim against Defendant Salinas as found cognizable by the Court in its first screening order, the Court will recommend this action proceed only as to that claim and that the remaining claims in Plaintiff's complaint be dismissed.

## **III. CONCLUSION, ORDER AND RECOMMENDATIONS**

Accordingly, the Clerk of the Court is DIRECTED to randomly assign a District Judge.

And, it is HEREBY RECOMMENDED that:

1. This action proceeds on the Plaintiff's failure to protect claim against Defendant Salinas;
2. All remaining claims be DISMISSED without leave to amend.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). **Within 14 days** after being served with a copy of these Findings and Recommendations, a party may file written objections with the Court. Local Rule 304(b). The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations" and **shall not exceed 15 pages** without leave of Court and good cause shown. The Court will not consider exhibits attached to the Objections, but a party may refer to exhibits in the record by CM/ECF document and page number. Any pages filed in excess of the 15-page limitation may be disregarded by the District Judge when reviewing these Findings and Recommendations under 28 U.S.C. § 636(b)(l)(C).

///

///

///

///

A party's failure to file any objections within the specified time may result in the waiver of certain rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).

IT IS SO ORDERED.

Dated: **November 10, 2026**

UNITED STATES MAGISTRATE JUDGE